# OPT-IN CONSENT FORM

*O'Connor and Gumbs v. RCI Plumbing Corp.*
United States District Court for the Eastern District of New York

Name (please print): __Mr. Robert T Harris__

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

By my signature below, I hereby consent and agree to pursue my claims arising out of unpaid overtime wages for work at RCI Plumbing Corp., under the Fair Labor Standards Act in connection with the above-referenced lawsuit.

I worked in the position of plumber for RCI Plumbing Corp. from on or about (month, year) __03-17-08__ to on or about (month, year) __10-01-08__.

I understand that this lawsuit is brought under the Fair Labor Standards Acts of 1938, as amended, 29 U.S.C. § 201 et seq. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

I understand and consent that the attorneys listed below are being paid on a contingency fee basis, which means that if there is a recovery, the attorneys will receive one-third of any settlement obtained or money judgment entered in favor of all members of the collective action, to the extent the Court determines that fee to be reasonable.

I hereby designate the law firm SAMUEL & STEIN to represent me for all purposes of this action, and I specifically designate and authorize the Named Plaintiffs and their attorneys to act as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

I agree to notify my attorneys, Samuel & Stein, of any change in my telephone number and address. I understand that if counsel or the court are unable to contact me, I may lose my right to participate in this action and to recover.

__[signature]__ __347-462-4994__ __03-30-2011__
Signature (sign your name)   Telephone Number   Date Signed

__2929 West 31st__ __Brooklyn New York 11224__
(Street Address)   (City, State, Zip Code)

PLEASE RETURN THIS FORM IN TIME FOR FILING WITH THE COURT BY **MAY 27, 2011**, to:

RCI PLUMBING CORP. COLLECTIVE ACTION
C/O SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Telephone: (212) 563-9884